1  DENISE FIELD (SBN: 111532)
   VALERIE BANTNER PEO (SBN: 260430)
2  BRANDON M. CARR (SBN: 280959)
   BUCHALTER, A Professional Corporation
3  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
4  Telephone: (415) 227-0900
   Fax: (415) 227-0770
5  Email: vbantnerpeo@buchalter.com

6  Attorneys for Defendant
   PEARL BETA FUNDING, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 11 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>Defendant. | Adv. Case No.6:16-ap-01298<br><br>**NOTICE OF MOTION AND MOTION (1) TO DISMISS COMPLAINT AND (2) FOR A MORE DEFINITE STATEMENT**<br><br>**Date:** **April 30, 2017**<br>**Time:** **9:00 a.m.**<br><br>**Location:** **Video Courtroom 225**<br>**3420 Twelfth Street**<br>**Riverside, CA 92501**<br><br>**Or**<br><br>**411 West Fourth Street**<br>**Court 6C**<br>**Santa Ana, CA 92701**<br><br>**[Appearances may be made at either courtroom]** |

1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**NOTICE OF MOTION AND MOTION (1) TO DISMISS COMPLAINT AND
(2) FOR A MORE DEFINITE STATEMENT**

BN 28011216v1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2017 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Hon. Judge Wallace in Courtroom 225 of the above-entitled Court, located at 3420 Twelfth Street Riverside, California, Defendant Pearl Beta Funding, LLC ("Pearl") will, and hereby does, move (the "Motion") to dismiss the entire complaint filed by Biodata Medical Laboratories, Inc. ("Biodata"), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made on the grounds that the complaint fails to state a claim because the usury claims are barred as a matter of law, the fraud claims are not pled with particularity, and the claims are barred by the doctrine of res judicata, among other reasons.

In addition, Pearl Beta also moves for a more definite statement under Rule 12(e) of the Federal Rules of Civil Procedure. This Motion is made on the grounds that the complaint is so indefinite that Pearl Beta cannot ascertain the nature of the claim being asserted and therefore cannot reasonably be expected to frame a proper response.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice and all exhibits thereto, each of which is filed and served herewith, and all other pleadings on file with the Court in this matter and on any oral argument that the Court may consider at the hearing on the Motion.

Pursuant to Local Bankruptcy Rule 9013(f), opposition to the Motion must be filed and served not later than 14 days prior to the hearing on this motion.

DATED: February 22, 2017        BUCHALTER, a Professional Corporation


By:   /s/ Valerie Bantner Peo
       VALERIE BANTNER PEO
       Attorneys for Defendant
       Pearl Beta Funding, LLC

2

BUCHALTER
A Professional Corporation
San Francisco

**NOTICE OF MOTION AND MOTION (1) TO DISMISS COMPLAINT AND
(2) FOR A MORE DEFINITE STATEMENT**

BN 28011216v1