ROBERT M. YASPAN, SBN 051867
JOSEPH G. McCARTY, SBN 151020
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

*General Counsel for Debtor-in-Possession/Plaintiff*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | ) Chapter No.: 11 |
| | ) |
| BIODATA MEDICAL LABORATORIES, INC. | ) Case No.: 6:16-bk-20446-MW |
| | ) |
| | ) Adv. No.: 6:16-ap-01298 |
| Debtor | ) |
| | ) |
| BIODATA MEDICAL LABORATORIES, INC. | ) OBJECTION TO PROPOSED ORDER SUMMITED BY PEARL BETA FUNDING, LLL GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND; DECLARATION OF JOSEPH G. McCARTY |
| Plaintiff. | ) |
| vs. | ) |
| PEARL BETA FUNDING, LLC ; and MERCHANT SOURCE, INC. | ) Date: April 13, 2017<br>) Time: 9:00 a.m.<br>) Location:   Video Courtroom 225<br>)            3420 Twelfth Street<br>)            Riverside, CA 92501 |
| Defendants. | ) |
| | ) or |
| | ) 411 West Fourth Street<br>) Courtroom 6C<br>) Santa Ana, CA 92701 |
| | ) [Appearances may be made at either courtroom] |

1

**TO THE HONORABLE MARK S WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

BioData Medical Laboratories, Inc., the herein Chapter 11 Debtor and debtor in possession and Plaintiff in the above-referenced adversary ("Plaintiff" or "Debtor"), hereby objects to the proposed order (the "Order") submitted by Defendant Pearl Beta Funding, LLC ("Pearl") based upon the following:

1. The Court did not make any findings at the hearing about the validity or effect of the California Finance Lender and Broker license submitted by Pearl other than to note that it existed.

2. As such, Plaintiff objects to the entirety of paragraph 1 of the proposed Order which should be deleted in its entirety. A copy of the proposed Order submitted by Pearl is attached hereto as Exhibit A. A copy of Plaintiff's proposed corrected order with Paragraph one deleted is attached as Exhibit B.

3. Plaintiff contends that the transactions at issue in this case are not exempt from the usury laws of California and/or New York on a number of grounds which will be set out in the amended complaint that will be filed. There was no ruling from the Court that Pearl is exempt from the California Usury laws and any such ruling would be premature since it has not been fully briefed and argued and Plaintiff intends to amend the complaint to address this issue and others.

///

///

///

///

4. Plaintiff's counsel has contacted Pearl's attorney and and left a voicemail requesting that the Order be amended to delete or correct paragraph 1 and informing Pearl's attorney that this objection would be filed.

Dated: February 17, 2017

LAW OFFICES OF ROBERT M. YASPAN

By _____
ROBERT M. YASPAN
JOSEPH G. McCARTY
Attorneys for Debtor-in-Possession

### DECLARATION OF JOSEPH G. McCARTY

I, JOSEPH G. McCARTY, being first duly sworn, declare and allege as follows:

1. I am one of the attorneys representing Debtor and Debtor-in-Possession, BioData Medical Laboratories, Inc. in the above-captioned Chapter 11 bankruptcy (the "DIP" or "DEBTOR"). I have personal knowledge of the facts stated in this declaration and am competent to testify to them.

2. I appeared for Plaintiff at the hearing on April 13, 2017. During the oral argument the Court noted the alleged California Finance Lender and Broker license submitted by Pearl. However, the Court did not make any finding regarding the alleged validity or affect of the liscense. The Court then simply reversed its tentative ruling and granted the Motion with leave to amend.

3. Plaintiff objects to the entirety of paragraph 1 of the proposed Order which should be deleted in its entirety. A copy of the proposed Order submitted by Pearl is attached hereto as Exhibit A. A copy of Plaintiff's proposed corrected order with Paragraph one deleted is attached as Exhibit B.

4. Plaintiff contends that the transactions at issue in this case are not exempt from the usury laws of California and/or New York on a number of grounds which will be set out in the amended complaint that will be filed. There was no ruling from the Court that Pearl is exempt from the California Usury laws and any such ruling would be premature since it has not been fully briefed and argued and Plaintiff intends to amend the Complaint to address this issue and others.

///

///

///

///

4

5.    I have contacted Pearl's attorney and left a voicemail requesting that the Order be amended to delete or correct paragraph 1 and informing Pearl's attorney that this objection would be filed. I have not yet received a return call and am filing this objection to preserve Plaintiff's rights.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th day of February 2017, at Woodland Hills, California.

_____
JOSEPH G. McCARTY

# Exhibit A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DENISE FIELD (SBN: 111532)<br>VALERIE BANTNER PEO (SBN: 260430)<br>BRANDON M. CARR (SBN: 280959)<br>BUCHALTER, A Professional Corporation<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 227-0900<br>Fax: (415) 227-0770<br>Email: vbantnerpeo@buchalter.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for Defendant PEARL BETA FUNDING, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor(s). | CASE NO.: 6:16-bk-20446 (MW)<br>CHAPTER: 11<br>ADVERSARY NO.: 6:16-ap-01298 |
|---|---|
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff(s),<br>vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (title of motion[1]): MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND |

PLEASE TAKE NOTE that the order or judgment titled <u>ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND</u>
was lodged on (date) <u>04/14/2017</u> and is attached. This order relates to the motion which is docket number <u>11</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                    F 9021-1.2.ADV.NOTICE.LODGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: BUCHALTER, A Professional Corporation, 55 2nd St., 17th Fl., San Francisco, CA 94105.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 04/14/2017_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert M Yaspan    court@yaspanlaw.com, tmenachian@yaspanlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 04/14/2017_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Merchant Source, Inc.
110 Jericho Tpke, Suite 212
Floral Park, NY 11001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 04/14/2017_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA FEDEX OVERNIGHT
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/14/2017 | Hallina Pohyar | /s/ Hallina Pohyar |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                              F 9021-1.2.ADV.NOTICE.LODGMENT

1  DENISE FIELD (SBN: 111532)
   VALERIE BANTNER PEO (SBN: 260430)
2  BRANDON M. CARR (SBN: 280959)
   BUCHALTER, A Professional Corporation
3  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
4  Telephone: (415) 227-0900
   Fax: (415) 227-0770
5  Email: vbantnerpeo@buchalter.com

6  Attorneys for Defendant
   PEARL BETA FUNDING, LLC
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

11

12 | In re | Case No. 6:16-bk-20446 (MW) |
13 | BIODATA MEDICAL LABORATORIES, INC., | Chapter: 11 |
14 |  |  |
15 | Debtor. |  |
16 | BIODATA MEDICAL LABORATORIES, INC., | Adv. Case No.6:16-ap-01298 |
17 |  | **ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND** |
18 | Plaintiff, |  |
19 | vs. | Date: April 13, 2017<br>Time: 9:00 a.m. |
20 | PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC. |  |
21 | Defendant. | Location: Video Courtroom 225<br>3420 Twelfth Street<br>Riverside, CA 92501 |
22 |  |  |
23 |  | Or |
24 |  | 411 West Fourth Street<br>Court 6C<br>Santa Ana, CA 92701 |

28                                    1

A hearing was held at the above-captioned date and time on the *Motion (1) To Dismiss Complaint and (2) For a More Definite Statement* ("Motion") filed by defendant Pearl Beta Funding, LLC ("Pearl Beta"). Appearances were stated on the record.

The Court, having considered the Motion, the opposition thereto filed by plaintiff Biodata Medical Laboratories, Inc. ("Biodata"), Pearl Beta's reply in support of the Motion, and the argument of counsel presented at the hearing, and based upon the findings of fact, conclusions of law and other reasons set forth on the record, and other good cause appearing,

HEREBY ORDERS as follows:

1. Pearl Beta holds a valid California Finance Lender and Broker license and is therefore exempt from the operation of California usury law pursuant to California Financial Code § 22002;
2. The Motion is granted with leave to amend;
3. Each of Pearl Beta's and Biodata's Requests for Judicial Notice [Dkt. Nos. 9 and 19] are granted; and
4. Biodata may file an amended complaint that is consistent with this order no later than May 12, 2017.

###

# Exhibit B

1
2
3
4
5
6
7

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | ) Chapter No.: 11 |
| | ) |
| BIODATA MEDICAL LABORATORIES, INC. | ) Case No.: 6:16-bk-20446-MW |
| | ) |
| | ) Adv. No.:  6:16-ap-01298 |
| Debtor | ) |
| | ) |
| BIODATA MEDICAL LABORATORIES, INC. | ) [PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND |
| Plaintiff. | ) |
| | ) Date:  April 13, 2017 |
| vs. | ) Time: 9:00 a.m. |
| | ) Location:   Video Courtroom 225 |
| PEARL BETA FUNDING, LLC ; and MERCHANT SOURCE, INC. | )                 3420 Twelfth Street |
| | )                 Riverside, CA 92501 |
| Defendants. | ) |
| | ) or |
| | ) |
| | ) 411 West Fourth Street |
| | ) Courtroom 6C |
| | ) Santa Ana, CA 92701 |
| | ) |
| | ) [Appearances may be made at either courtroom] |

1

1. A hearing was held at the above-captioned date and time on the Motion (1) To Dismiss Complaint and (2) For a More Definite Statement ("Motion") filed by defendant Pearl Beta Funding, LLC ("Pearl Beta"). Appearances were stated on the record. The Court, having considered the Motion, the opposition thereto filed by plaintiff Biodata Medical Laboratories, Inc. ("Biodata"), Pearl Beta's reply in support of the Motion, and the argument of counsel presented at the hearing, and other good cause appearing,

HEREBY ORDERS as follows:

1. The Motion is granted with leave to amend;

2. Each of Pearl Beta's and Biodata's Requests for Judicial Notice [Dkt. Nos. 9 and 19] are granted; and

3. Biodata may file an amended complaint that is consistent with this order no later than May 12, 2017.

###

Dated:

Mark S. Wallace
United State Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills CA 91367

A true and correct copy of the foregoing document entitled REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION (1) TO DISMISS COMPLAINT AND (2) FOR A MORE DEFINITE STATEMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 17, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL:**
On April 17, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Attorney for Pearl Beta Funding</u>
Robert Zadek
BuchalterNemer
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

<u>Attorney for Pearl Beta Funding LLC</u>
Ariel Bouskila Esq
MCA Servicing – Counsel
40 Exchange Place, Suite 1306
New York, NY 10005

Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135
Courtroom 6C
Santa Ana, CA 92701-4593

Everett L. Green, Esq.
United States Department of Justice
Office of United States Trustee
3801 University Avenue, Suite 720
Riverside, CA 92501

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         **F 9013-3.1.PROOF.SERVICE**

Merchant Source Inc
110 Jericho Tpke., Suite 212
Floral Park, NY 11001

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/17/2017 | Tatyana Menachian | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                      **F 9013-3.1.PROOF.SERVICE**