1  DENISE FIELD (SBN: 111532)
   VALERIE BANTNER PEO (SBN: 260430)
2  BRANDON M. CARR (SBN: 280959)
   BUCHALTER, A Professional Corporation
3  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
4  Telephone: (415) 227-0900
   Fax: (415) 227-0770
5  Email: vbantnerpeo@buchalter.com

6  Attorneys for Defendant
   PEARL BETA FUNDING, LLC

7

FILED & ENTERED

APR 18 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

8          **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10         **RIVERSIDE DIVISION**

11

12  In re                                          Case No. 6:16-bk-20446 (MW)

13  BIODATA MEDICAL LABORATORIES,                  Chapter: 11
    INC.,
14
              Debtor.
15

16  BIODATA MEDICAL LABORATORIES,                  Adv. Case No.6:16-ap-01298
    INC.,
17                                                 **ORDER GRANTING MOTION TO**
              Plaintiff,                           **DISMISS COMPLAINT WITH LEAVE**
18                                                 **TO AMEND**

19     vs.                                         **Date:        April 13, 2017**
                                                   **Time:        9:00 a.m.**
20  PEARL BETA FUNDING, LLC; and
    MERCHANT SOURCE, INC.                          **Location:  Video Courtroom 225**
21                                                 **            3420 Twelfth Street**
              Defendant.                           **            Riverside, CA 92501**
22
                                                   **            Or**
23
                                                   **            411 West Fourth Street**
24                                                 **            Court 6C**
                                                   **            Santa Ana, CA 92701**
25

26

27

28                                       1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**ORDER GRANTING MOTION TO DISMISS COMPLAINT**

BN 28491637v3

A hearing was held at the above-captioned date and time on the *Motion (1) To Dismiss Complaint and (2) For a More Definite Statement* ("Motion") filed by defendant Pearl Beta Funding, LLC ("Pearl Beta"). Appearances were stated on the record.

The Court, having considered the Motion, the opposition thereto filed by plaintiff Biodata Medical Laboratories, Inc. ("Biodata"), Pearl Beta's reply in support of the Motion, and the argument of counsel presented at the hearing, and based upon the findings of fact, conclusions of law and other reasons set forth on the record, and other good cause appearing,

HEREBY ORDERS as follows:

1. Pearl Beta holds a valid California Finance Lender and Broker license and is therefore exempt from the operation of California usury law pursuant to California Financial Code § 22002;

2. The Motion is granted with leave to amend;

3. Each of Pearl Beta's and Biodata's Requests for Judicial Notice [Dkt. Nos. 9 and 19] are granted; and

4. Biodata may file an amended complaint that is consistent with this order no later than May 12, 2017.

###

Date: April 18, 2017

Mark S. Wallace
United States Bankruptcy Judge

2

**ORDER GRANTING MOTION TO DISMISS COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO