DENISE FIELD (SBN: 111532)
VALERIE BANTNER PEO (SBN: 260430)
BRANDON M. CARR (SBN: 280959)
BUCHALTER, A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Defendant
MERCHANT SOURCE, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 11 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>　　　　　Defendant. | Adv. Case No. 6:16-ap-01298<br><br>**MERCHANT SOURCE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**Date:** **August 30, 2017**<br>**Time:** **9:00 a.m.**<br><br>**Location:** **Video Courtroom 225**<br>　　　　　**3420 Twelfth Street**<br>　　　　　**Riverside, CA 92501**<br><br>　　　　　**Or**<br><br>　　　　　**411 West Fourth Street**<br>　　　　　**Court 6C**<br>　　　　　**Santa Ana, CA 92701**<br><br>**[Appearances may be made at either courtroom]** |

1

**REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT - CASE NO.: 6:16-bk-20446 (MW)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Evid. 201, Merchant Source Inc. ("MSI") respectfully requests that the Court take judicial notice of the following, submitted in support of its Motion to Dismiss Amended Complaint.

Exhibits 1 and 2 are a matter of public record and their authenticity is not capable of dispute by either party, and thus the Court may take judicial notice. *See* Fed. R. Evid. 201; *Daniels-Hall v. National Educ. Ass'n,* 629 F.3d 992, 998-999 (9th Cir. 2010) ("It is appropriate to take judicial notice of this information, as it was made publicly available by [a] government entit[y] . . ., and neither party disputes the authenticity of the web site[] or the accuracy of the information displayed therein."); *Tellabs, Inc. v. Makor Issues & Rights, Ltd.* (2007) 551 U.S. 308, 322 (Court ruling on 12(b)(6) motions to dismiss may take into consideration "matters of which a Court may take judicial notice"); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (Court may take judicial notice of undisputed "matters of public record").

The Court can take judicial notice of Court documents filed in related litigation. *See Estate of Blue v. County of Los Angeles*, 120 F.3d 982, 984 (9th Cir. 1997). Exhibits 3 and 4 are Court documents filed in this litigation, and thus the Court in this instance may take judicial notice of them.

1. Pearl Beta's Funding, LLC's Entity Details print out from the Delaware Secretary of State's website, June 12, 2017, a copy of which is attached hereto as **Exhibit 1.**
2. Merchant Source Inc.'s Entity Information print out from the New York Secretary of State's website, June 12, 2017, a copy of which is attached hereto as **Exhibit 2.**
3. Order Approving Stipulation and Extending Time to Respond to the Amended Complaint, May 19, 2017, a copy of which is attached hereto as **Exhibit 3.**

///
///
///
///

4. Order Granting Motion to Dismiss Complaint With Leave to Amend, April 18, 2017, a copy of which is attached hereto as **Exhibit 4.**

DATED: June 14, 2017                BUCHALTER, a Professional Corporation


By:  /s/ Valerie Bantner Peo
     VALERIE BANTNER PEO
     Attorneys for Defendant
     MERCHANT SOURCE, INC.

BUCHALTER
A Professional Corporation
San Francisco

3
**REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AMENDED COMPLAINT - CASE NO.:
6:16-bk-20446 (MW)**

BN 28867382v1

**Exhibit 1**

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5671292 | Incorporation Date / Formation Date: | 1/8/2015 (mm/dd/yyyy) |
| Entity Name: | PEARL BETA FUNDING, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like  ○ Status  ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**Exhibit 2**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through June 9, 2017.

Selected Entity Name: MERCHANT SOURCE INC.
Selected Entity Status Information

**Current Entity Name:** MERCHANT SOURCE INC.
**DOS ID #:** 3656625
**Initial DOS Filing Date:** APRIL 10, 2008
**County:** SUFFOLK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MERCHANT SOURCE INC.
110 JERICHO TURNPIKE
SUITE 212
FLORAL PARK, NEW YORK, 11001

**Chief Executive Officer**
GEORGE M GRECO, JR
110 JERICHO TURNPIKE
SUITE 212
FLORAL PARK, NEW YORK, 11001

**Principal Executive Office**
MERCHANT SOURCE INC.
110 JERICHO TURNPIKE

SUITE 212
FLORAL PARK, NEW YORK, 11001

### Registered Agent

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 10, 2008 | Actual | MERCHANT SOURCE INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

**Exhibit 3**

1  DENISE FIELD (SBN: 111532)
   VALERIE BANTNER PEO (SBN: 260430)
2  BRANDON M. CARR (SBN: 280959)
   BUCHALTER, A Professional Corporation
3  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
4  Telephone: (415) 227-0900
   Fax: (415) 227-0770
5  Email: vbantnerpeo@buchalter.com

6  Attorneys for Defendant
   PEARL BETA FUNDING, LLC
7  MERCHANT SOURCE, INC

**FILED & ENTERED**

**MAY 19 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 11 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>Defendant. | Adv. Case No.6:16-ap-01298<br><br>**ORDER APPROVING STIPULATION AND EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT**<br><br>[No Hearing Required] |

1

**ORDER APPROVING STIPULATION AND EXTENDING TIME TO RESPOND TO
AMENDED COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 28718598v2

1    The Court, having considered the Stipulation to Extend Time to Respond to the Amended

2   Complaint filed by Defendants Pearl Beta Funding, LLC and Merchant Source, Inc., and Plaintiff

3   BioData Medical Laboratories, Inc. on May 19, 2017 as Docket Number 31, and good cause

4   appearing,

5    HEREBY ORDERS that the time for Pearl Beta Funding, LLC to respond to the

6   Amended Complaint filed by BioData Medical Laboratories Inc. is hereby extended to June 14,

7   2017.

8    IT IS SO ORDERED.

9                                      ###

Date: May 19, 2017

Mark S. Wallace
United States Bankruptcy Judge

**ORDER APPROVING STIPULATION AND EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 28718598v2

# Exhibit 4

1 | DENISE FIELD (SBN: 111532)
VALERIE BANTNER PEO (SBN: 260430)
2 | BRANDON M. CARR (SBN: 280959)
BUCHALTER, A Professional Corporation
3 | 55 Second Street, Suite 1700
San Francisco, CA 94105-3493
4 | Telephone: (415) 227-0900
Fax: (415) 227-0770
5 | Email: vbantnerpeo@buchalter.com

6 | Attorneys for Defendant
PEARL BETA FUNDING, LLC

**FILED & ENTERED**

APR 18 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 11 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>Defendant. | Adv. Case No.6:16-ap-01298<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND**<br><br>Date:     April 13, 2017<br>Time:    9:00 a.m.<br><br>Location:   Video Courtroom 225<br>3420 Twelfth Street<br>Riverside, CA 92501<br><br>Or<br><br>411 West Fourth Street<br>Court 6C<br>Santa Ana, CA 92701 |

1

**ORDER GRANTING MOTION TO DISMISS COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 28491637v3

A hearing was held at the above-captioned date and time on the *Motion (1) To Dismiss Complaint and (2) For a More Definite Statement* ("Motion") filed by defendant Pearl Beta Funding, LLC ("Pearl Beta"). Appearances were stated on the record.

The Court, having considered the Motion, the opposition thereto filed by plaintiff Biodata Medical Laboratories, Inc. ("Biodata"), Pearl Beta's reply in support of the Motion, and the argument of counsel presented at the hearing, and based upon the findings of fact, conclusions of law and other reasons set forth on the record, and other good cause appearing,

HEREBY ORDERS as follows:

1. Pearl Beta holds a valid California Finance Lender and Broker license and is therefore exempt from the operation of California usury law pursuant to California Financial Code § 22002;

2. The Motion is granted with leave to amend;

3. Each of Pearl Beta's and Biodata's Requests for Judicial Notice [Dkt. Nos. 9 and 19] are granted; and

4. Biodata may file an amended complaint that is consistent with this order no later than May 12, 2017.

###

Date: April 18, 2017

/s/ Mark S. Wallace
Mark S. Wallace
United States Bankruptcy Judge

2

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**ORDER GRANTING MOTION TO DISMISS COMPLAINT**

BN 28491637v3