DENISE FIELD (SBN: 111532)
VALERIE BANTNER PEO (SBN: 260430)
BRANDON M. CARR (SBN: 280959)
BUCHALTER, A Professional Corporation
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
Email: vbantnerpeo@buchalter.com

Attorneys for Defendant
MERCHANT SOURCE, INC.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>Debtor. | Case No. 6:16-bk-20446 (MW)<br><br>Chapter: 11 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.<br><br>Defendant. | Adv. Case No.6:16-ap-01298<br><br>**AMENDED NOTICE OF MOTION AND MOTION (1) TO DISMISS AMENDED COMPLAINT**<br><br>**Date:** August 31, 2017<br>**Time:** 9:00 a.m.<br><br>**Location:** Video Courtroom 225<br>3420 Twelfth Street<br>Riverside, CA 92501<br><br>**Or**<br><br>**411 West Fourth Street<br>Court 6C<br>Santa Ana, CA 92701**<br><br>**[Appearances may be made at either courtroom]** |

1

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED
COMPLAINT - CASE NO.: 6:16-bk-20446 (MW)**

BN 28903702v1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **August 31, 2017 at 9:00 a.m.**, or as soon thereafter as the matter may be heard before the Hon. Mark Wallace in Courtroom 225 of the above-entitled Court, located at 3420 Twelfth Street Riverside, California, or Courtroom 6C located at 411 West Fourth Street, Santa Ana, California, Defendant Merchant Source, Inc. ("MSI") will, and hereby does, move (the "Motion") to dismiss the entire Amended Complaint filed by Biodata Medical Laboratories, Inc. ("Biodata"), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made on the grounds that the complaint fails to state a claim because the usury claims are barred as a matter of law and the fraud claims are not pled with particularity.

This Motion is based on this Amended Notice of Motion and Motion, the Memorandum of Points and Authorities filed with the Court as Docket no. 38, and all other pleadings on file with the Court in this matter and on any oral argument that the Court may consider at the hearing on the Motion.

Pursuant to Local Bankruptcy Rule 9013-1 (f), opposition to the Motion must be filed and served not later than 14 days prior to the hearing on this Motion.

DATED: June 15, 2017                               BUCHALTER, a Professional Corporation


By:  /s/ Valerie Bantner Peo
     VALERIE BANTNER PEO
     Attorneys for Defendant
     MERCHANT SOURCE, INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> Buchalter, A Professional Corporation
> 55 Second Street, Suite 1700
> San Francisco, CA  94105-3493

A true and correct copy of the foregoing document entitled (*specify*):

- **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 15, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com
   ☒   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 15, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 15, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

1  VIA FEDEX OVERNIGHT
   **Honorable Mark S. Wallace**
2  United States Bankruptcy Court
3  Central District of California
   Ronald Reagan Federal Building and Courthouse
4  411 West Fourth Street, Suite 6135 / Courtroom 6C
   Santa Ana, CA 92701-4593
5                          ☒   Service information continued on attached page

6  I declare under penalty of perjury under the laws of the United States that the foregoing
   is true and correct.
7

8  June 15, 2017          Hallina Pohyar                /s/ Hallina Pohyar
9  *Date*                 *Type Name*                   *Signature*

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS AMENDED
COMPLAINT - CASE NO.: 6:16-bk-20446 (MW)**

BN 28903702v1