EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: ehk@lnbyb.com;  jyo@lnbyb.com

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

FILED & ENTERED

AUG 21 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

CHANGES MADE BY COURT

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　　　　　Debtor,<br><br>_____<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　Plaintiff,<br><br>　　　　　vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.,<br><br>　Defendants. | Case No. 6:16-bk-20446-MW<br><br>Chapter 7<br><br><br><br><br><br><br>Adv. Pro. No.  6:16-ap-01298-MW<br><br><br>**ORDER APPROVING STIPULATION TO (1) EXTEND DISCOVERY CUTOFF DATES AND RELATED BRIEFING DEADLINES; AND (2) CONTINUE STATUS CONFERENCE**<br><br>Currently Scheduled Status Conference:<br>Date:　　　　December 7, 2017<br>Time:　　　　9:00 a.m.<br>Location:　　Video Courtroom 225<br>　　　　　　　3420 Twelfth Street<br>　　　　　　　Riverside, California 92501<br>　　　　　　　　　or<br>　　　　　　　Courtroom 6C<br>　　　　　　　411 West Fourth Street<br>　　　　　　　Santa Ana, California 92701 |

1

The Court, having considered that certain *"Stipulation To (1) Extend Discovery Cutoff Dates And Related Briefing Deadlines; And (2) Continue Status Conference"* (the "Stipulation") entered into by and between Pearl Beta Funding, LLC and Merchant Source, Inc., the defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), on the one hand, and Todd A. Frealy, Chapter 7 Trustee for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor and the original plaintiff in the Adversary Proceeding, on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. The discovery cutoff dates and other deadlines established by this Court's Scheduling Order entered on March 10, 2017 in the Adversary Proceeding shall be extended by approximately thirty (30) days, as follows:

   a. All fact discovery shall close on October 15, 2017.

   b. All expert discovery shall close on October 30, 2017.

   c. All discovery motions shall be heard before November 30, 2017.

   d. All pretrial motions (except motions in limine) shall be heard before December 31, 2017.

3. The status conference in the Adversary Proceeding shall be continued from December 7, 2017 at 9:00 a.m. to January 18, 2018 at 9:00 a.m.

IT IS SO ORDERED.

###

Date: August 21, 2017

Mark S. Wallace
United States Bankruptcy Judge

2