EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: ehk@lnbyb.com; jyo@lnbyb.com

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

FILED & ENTERED

AUG 23 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　　　　Debtor,<br>_____<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　Plaintiff,<br><br>　　　　　　　vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.,<br><br>　Defendants. | Case No. 6:16-bk-20446-MW<br><br>Chapter 7<br><br><br><br><br><br>Adv. Pro. No. 6:16-ap-01298-MW<br><br>**ORDER APPROVING STIPULATION TO (1) CONTINUE HEARING ON MOTIONS TO DISMISS AMENDED COMPLAINT; AND (2) EXTEND BRIEFING DEADLINES RELATED TO MOTIONS TO DISMISS AMENDED COMPLAINT**<br><br><u>Current Hearing</u>:<br>Date:　　　August 31, 2017<br>Time:　　　9:00 a.m.<br>Location:　Video Courtroom 225<br>　　　　　　3420 Twelfth Street<br>　　　　　　Riverside, California 92501<br>　　　　　　　　or<br>　　　　　　Courtroom 6C<br>　　　　　　411 West Fourth Street<br>　　　　　　Santa Ana, California 92701 |

1

The Court, having considered that certain *"Stipulation To (1) Continue Hearing On Motions To Dismiss Amended Complaint; And (2) Extend Briefing Deadlines Related To Motions To Dismiss Amended Complaint"* (the "Stipulation") entered into by and between Pearl Beta Funding, LLC and Merchant Source, Inc., the defendants in the above-captioned adversary proceeding (together, the "Defendants"), on the one hand, and Todd A. Frealy, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor (the "Debtor") and the original plaintiff in the above-captioned adversary proceeding, on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. The hearings on the motions filed by the Defendants to dismiss the Debtor's amended complaint in the above-captioned adversary proceeding (the "Motions to Dismiss") are continued from August 31, 2017 at 9:00 a.m. to September 28, 2017 at 9:00 a.m. (the "Continued Hearings").

3. The deadline for the Trustee to file and serve responses to the Motions to Dismiss is extended to such date that is fourteen (14) days prior to the date of the Continued Hearings.

4. The deadline for the Defendants to file and serve replies to any responses to the Motions to Dismiss is extended to such date that is seven (7) days prior to the date of the Continued Hearings.

###

Date: August 23, 2017

Mark S. Wallace
United States Bankruptcy Judge

2