EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: ehk@lnbyb.com; jyo@lnbyb.com

Attorneys for Todd A. Frealy,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BIODATA MEDICAL LABORATORIES, INC.,<br><br>　　　　　　Debtor, | Case No. 6:16-bk-20446-MW<br><br>Chapter 7 |
| BIODATA MEDICAL LABORATORIES, INC.,<br><br>　Plaintiff,<br><br>　　　　vs.<br><br>PEARL BETA FUNDING, LLC; and MERCHANT SOURCE, INC.,<br><br>　Defendants. | Adv. Pro. No. 6:16-ap-01298-MW<br><br>**STATEMENT OF CHAPTER 7 TRUSTEE RE: MOTIONS TO DISMISS AMENDED COMPLAINT FILED BY DEFENDANTS PEARL BETA FUNDING, LLC AND MERCHANT SOURCE, INC.**<br><br>Hearing:<br>Date:　　September 28, 2017<br>Time:　　9:00 a.m.<br>Location:　Video Courtroom 225<br>　　　　　3420 Twelfth Street<br>　　　　　Riverside, California 92501<br>　　　　　or<br>　　　　　Courtroom 6C<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, California 92701 |

1

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Todd A. Frealy, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of BioData Medical Laboratories, Inc., the Chapter 7 debtor and the original plaintiff in the above-captioned adversary proceeding (the "Debtor"), hereby files this Statement in connection with the *Motion To Dismiss Amended Complaint* ("Motion to Dismiss") filed in the above-captioned adversary proceeding (the "Proceeding") by each of the defendants, Pearl Beta Funding, LLC and Merchant Source, Inc. (together, the "Defendants").

Pursuant to an order entered by the Court on August 23, 2017 approving a stipulation entered into by the Trustee and the Defendants, the hearing on each Motion to Dismiss was continued to September 28, 2017 at 9:00 a.m., and the briefing deadlines relating to each Motion to Dismiss were correspondingly extended. Based on the foregoing Court order, the deadline for the Trustee to file his response to each Motion to Dismiss is September 14, 2017.

During the past few weeks, the Trustee and the Defendants have engaged in settlement discussions which have been fruitful and have resulted in a settlement which will resolve the above-captioned adversary proceeding. The parties are currently in the process of documenting their settlement and anticipate filing a motion for approval of such settlement in the Debtor's bankruptcy case pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Settlement Motion") prior to the date of the hearing on each Motion to Dismiss.

Given the settlement reached by the Trustee and the Defendants and the anticipated resolution of the Proceeding (subject to Court approval), the Trustee has filed this Statement in lieu of a substantive response to each Motion to Dismiss. Since the granting of the Settlement Motion by the Court will resolve the Proceeding and eliminate the need for the Trustee to prepare and file a substantive response to each Motion to Dismiss, the Trustee respectfully requests that the hearing on each Motion to Dismiss be continued (and the briefing deadlines related to each Motion to Dismiss be extended) for a period of approximately forty-five (45) days so that the Trustee may file and seek Court approval of the Settlement Motion.

Dated: September 14, 2017

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

By: _____
    EVE H. KARASIK
    JULIET Y. OH
    Attorneys for Plaintiff,
    Todd A. Frealy, Chapter 7 Trustee of the
    Estate of BioData Medical Laboratories, Inc.

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **STATEMENT OF CHAPTER 7 TRUSTEE RE: MOTIONS TO DISMISS AMENDED COMPLAINT FILED BY DEFENDANTS PEARL BETA FUNDING, LLC AND MERCHANT SOURCE, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd A Frealy**   taf@lnbrb.com
- **Eve H Karasik**   ehk@lnbyb.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Robert M Yaspan**   court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL**: On **September 14, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Overnight Mail*
Hon. Mark S. Wallace
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Ctrm 6C
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2017 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**